IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMY BOEVING,

Plaintiff,

v.

CITY OF COLLINSVILLE, ILLINOIS,
and RANDALL E. TEDESCO,

Defendants.

Case No. 21-cv-353 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 1/10/2024

MONICA A. STUMP, Clerk of Court

*s/ Tina Gray, Deputy Clerk*

**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**